UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Tahari Malik Cross-Hudson,

    Defendant.

Case No. 2:23-mj-00390-EJY

[Proposed] Order

The Court finds that Mr. Cross-Hudson has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Cross-Hudson is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for July 10, 2024 is vacated.

DATED this 9th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE